AO 91 (Rev. 5/85) Criminal Complaint                                                                San Francisco Venue

# United States District Court

**NORTHERN** DISTRICT OF **CALIFORNIA**

FILED
JUL 31 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Kevin Demar McConico

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**     MEJ

CASE NUMBER:  3  08  7049

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 29, 2008, in the City and County of San Francisco, California, defendant did,

by force and violence and by intimidation take from the person and presence of another and obtain by extortion money belonging to, and in the care, custody, control, management, and possession of, a bank,

in violation of Title **18** United States Code, Section(s) **2113 (a) - Bank Robbery**

I further state that I am a(n) **Special Agent, FBI** and that this complaint is based on the following facts:

See affidavit of SA Richard G. Anderson, attached hereto and fully incorporated herein.

Penalty: 20 years imprisonment; $250,000 fine, $100 special assessment, 5 years supervised release

Approved as to form: _____
Gregg Lowder, Assistant United States Attorney
Chief, Major Crimes Section

Continued on the attached sheet and made a part hereof:  ☒ Yes    ☐ No

_____
Signature of Complainant
Richard G. Anderson, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

**7-31-08**
Date

at San Francisco, California
City and State

Maria Elena James, United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

# AFFIDAVIT OF RICHARD G. ANDERSON IN SUPPORT OF CRIMINAL COMPLAINT

I, Richard G. Anderson, being duly sworn, depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been employed in that capacity for approximately nineteen years. My primary responsibility is the investigation of violent crimes, including bank robberies.

2. This affidavit is made in support of an application for a criminal complaint against Kevin Demar McConico for violation of 18 U.S.C. § 2113(a), which prohibits bank robbery. There is probable cause to believe that on Tuesday, July 29, 2008 at approximately 12:10 PM, Kevin Demar McConico entered the Wells Fargo Bank located at 4045 24TH Street in San Francisco, stood in the teller line, and attempted to rob the institution with a bank robbery demand note. No loss was sustained by the institution, but a portion of the bank robbery demand note was left at the bank. Forensic fingerprint analysis of the portion of the demand note revealed a fingerprint belonging to McConico, identifying McConico as the person responsible for the attempted robbery.

3. There is also probable cause to believe that on Tuesday, July 29, 2008 at approximately 1:20 PM, following the aforementioned attempted bank robbery, Kevin Demar McConico entered the Bank of America located at 15 Ocean Avenue in San Francisco, stood in the teller line, then approached the bank teller and demanded money from the teller. The robber threatened a weapon and the teller complied with the demand, giving money to the robbery. The robber exited the bank and was not further seen.

4. The robber in the attempted robbery of the Wells Fargo Bank and the robbery of the Bank of America appear to be the same individual based, among other things, upon the identical distinctive clothing worn by the robber in each robbery. Both robberies occurred approximately one hour and 10 minutes apart from each other. The two institutions are approximately two miles from each other.

5. The purpose of this affidavit is to set forth facts establishing probable cause in support of a criminal complaint against Kevin Demar McConico. The information contained in

AFFIDAVIT OF RICHARD G. ANDERSON IN SUPPORT
OF CRIMINAL COMPLAINT

1 this affidavit is based either on my own personal knowledge or on information provided to me by other law enforcement agents and officers. Not all facts known to me are necessarily contained in this affidavit. The affidavit is limited to the facts relevant and necessary to establish probable cause for the requested criminal complaint.

## APPLICABLE STATUTE

6. Title 18 U.S.C. § 2113(a) provides in relevant part that:

> Whoever, by force and violence, or by intimidation, takes, or attempts to take, from the person or presence of another, or obtains or attempts to obtain by extortion any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or any savings and loan association ... [s]hall be fined under this title or imprisoned not more than 20 years, or both.

## FACTS SUPPORTING PROBABLE CAUSE

7. On Tuesday, July 29, 2008, at approximately 12:10 p.m., a lone black male, hereinafter referred to as the robber, entered the Wells Fargo Bank, located at 4045 24TH Street in San Francisco and stood in the teller line. The robber then approached a bank teller and presented a bank robbery demand note without saying a word. The teller immediately grabbed the demand note and attempted to take it from the robber's hand. The robber struggled to retain the demand note and was able to keep the majority of the note, however the bank teller was able to retain a small portion of the demand note. At that point, the robber turned and exited the bank.

8. No loss was sustained by the institution. On the day of the robbery, the deposits of the Wells Fargo Bank, 4045 24TH Street in San Francisco were insured by the Federal Deposit Insurance Corporation (FDIC).

9. The victim teller described the robber as a black male close to 30 years of age, approximately 6' in height with a slim build. He described the robber's hair as black with "dreads" and sporting a slight goatee. He said the robber wore a black baseball cap with gold skulls, black pants, and a long sleeve shirt with a Bentley or Chrysler 300 logo (wings) on the front.

10. While the robbery occurred, video surveillance cameras were in operation at the Wells Fargo Bank. Color video photographs of excellent quality were obtained from the

AFFIDAVIT OF RICHARD G. ANDERSON IN SUPPORT
OF CRIMINAL COMPLAINT                          2

1  continuously running video that recorded the events during the attempted robbery. The
2  photographs depict a black male wearing dark blue jeans, a black shirt with a light colored logo
3  in the form of "wings" and a dark baseball cap with light colored skulls and crossbones on the
4  cap. The individual also has dark hair under the cap, a slight goatee, and is wearing sunglasses.
5  The victim teller identified the individual depicted in the bank surveillance camera photographs
6  as the person who attempted to rob the bank on July 29, 2008.
7        11.    On July 29, 2008, following the attempted robbery of the Wells Fargo Bank, 4045
8  24TH Street in San Francisco, the San Francisco Police Department Crime Scene Investigation
9  (CSI) Unit arrived at the scene and processed the scene for physical evidence. The CSI Unit then
10  took custody of the partial note left behind by the bank robber. The portion of the bank robbery
11  note was transported to the San Francisco Police Department Crime Lab for processing.
12        12.    Later the same day on July 29, 2008, approximately one hour and ten minutes
13  following the attempted bank robbery of the Wells Fargo Bank, 4045 24TH Street in San
14  Francisco, the same individual entered the Bank of America, 15 Ocean Avenue in San Francisco.
15  The Bank of America is located approximately 2 miles from the Wells Fargo Bank.
16        13     On Tuesday July 29, 2008 at approximately 1:22 p.m. a lone black male,
17  hereinafter referred to as the robber, entered  the Bank of America, 15 Ocean Avenue in San
18  Francisco and stood in the teller line. The robber then approached a bank teller and placed a bank
19  robbery demand note on the counter. The teller advised the note contained several handwritten
20  lines but only recalled the threat of "I have a gun!" written on the note. The robber then stated
21  "Hurry up, you're taking too long!" The teller replied he did not know what the robber wanted
22  and the robber replied "You damn well know!" at which time he reached for his waist band,
23  simulating a weapon, and stated "I'm not playing!"  The victim teller complied with the demand
24  and removed Untied States currency from his teller drawer and placed the money onto the teller
25  counter. After taking the money, the robber stated "That's not enough!  I want more!" The teller
26  again complied with the demand and placed additional U.S. currency onto the teller counter. The
27  robber grabbed the money and turned to exit the bank. the robber was not further seen.
28        14.    Bank of America conducted an audit immediately after the robbery and concluded

AFFIDAVIT OF RICHARD G. ANDERSON IN SUPPORT
OF CRIMINAL COMPLAINT                    3

the robber obtained approximately $660.00 in Untied States currency from the robbery. On the day of the robbery, the deposits of the Bank of America, 15 Ocean Avenue in San Francisco were insured by the Federal Deposit Insurance Corporation (FDIC).

15. The victim teller described the robber as a black male, approximately 22-25 years of age. He described his hair as black with little dread locks, and slight facial hair growth. He also described him as approximately 6' - 6'2" in height and approximately 160 lbs. in weight. The teller stated the robber wore sunglasses, a black baseball cap with white skulls and crossbones, and a black long sleeve t-shirt with a gold colored "wings" emblem on the front.

16. While the robbery occurred, video surveillance cameras were in operation at the Bank of America. Black and white video photographs of excellent quality were obtained from the continuously running video that recorded the events during the robbery. The photographs depict a black male wearing a dark colored baseball cap with skulls and crossbones, a long sleeve t-shirt with light colored "wings" logo on the front, and dark sunglasses. The clothing is identical to the clothing worn by the robber in the earlier attempted Wells Fargo robbery. The robber appears to have a slight amount of facial hair. The victim teller identified the individual depicted in the bank surveillance camera photographs as the person who robbed the bank on July 29, 2008.

17. Later in the day on July 29, 2008 the portion of the bank robbery demand note left behind at the Wells Fargo Bank, 4045 24TH Street in San Francisco was processed for physical evidence. Following the examination of the portion of the bank robbery note, a latent fingerprint was developed. The developed fingerprint was submitted to the Automated Fingerprint Identification System (A.F.I.S.) for comparison. The A.F.I.S. fingerprint comparison resulted in the identification of Kevin Demar McConico, black male, date of birth September 12, 1973 (35 yrs of age), as the person whose fingerprint appears on the portion of the bank robbery demand note left at the Wells Fargo Bank, 4045 24TH Street in San Francisco on July 29, 2008.

18. On July 31, 2008, Kevin Demar McConico was detained at the San Francisco Hall of Justice, 850 Bryant Street, San Francisco, California. McConico was scheduled to appear at the San Francisco Hall of Justice on an unrelated matter. McConico was taken to the San

1  Francisco Police Department (SFPD) Robbery Detail inside the Hall of Justice for interview.
2  Prior to interview, McConico stated he wanted to speak with his attorney. Following McConico's
3  request, attorney Jacque M. Wilson, Deputy Public Defender and Jose Gonzalez, Deputy Public
4  Defender for the City and County of San Francisco, California were contacted and advised of
5  McConico's request to speak with an attorney. Jacque M. Wilson and Jose Gonzalez presented
6  themselves at the SFPD Robbery Detail where they were given access to McConico prior to
7  interview. McConico was then advised as to the nature of his detention and subsequently
8  informed of his Miranda Rights as per FBI form FD-395, in the presence of Jacque M. Wilson
9  and Jose Gonzalez. McConico invoked his Miranda rights, at which time the interview of
10 McConico was terminated.

## CONCLUSION

17. Based upon the foregoing facts, there is probable cause to believe that Kevin Demar McConico, date of birth 09/12/1973 attempted to rob the Wells Fargo Bank, 4045 24TH Street, San Francisco, California; and robbed the Bank of America, 15 Ocean Avenue, San Francisco, California on Tuesday, July 29, 2008, in violation of 18 U.S.C. § 2113(a).

RICHARD G. ANDERSON
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this ___ day of July, 2008.

HON. MARIA-ELENA JAMES
United States Magistrate Judge

AFFIDAVIT OF RICHARD G. ANDERSON IN SUPPORT
OF CRIMINAL COMPLAINT                     5