JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

THOMAS P. MAZZUCO (CABN 139758)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:    (415) 436-7289
Facsimile:    (415) 436-7234
E-mail:    tom.mazzuco@usdoj.gov

Attorneys for Applicant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br> KEVIN DEMAR MCCONICO, <br><br> Defendant. | No: 3:08-70494-MEJ <br><br> **SUBSTITUTION OF COUNSEL** |

The United States Attorney hereby files this Notice of Change of Counsel to advise the Court that the assigned Assistant United States Attorney for this case is now Thomas P. Mazzuco. Future ECF notices should be sent to AUSA Thomas P. Mazzuco only, at the email address of tom.mazzuco@usdoj.gov.

DATED: August 1, 2008          Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
THOMAS P. MAZZUCO
Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2