AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

---

**OFFENSE CHARGED**

Title 18, United States Code, Sections 2113(a) - Bank Robbery (Three Counts)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

*E-filing*

PENALTY:
Counts 1-3: Maximum Term of Imprisonment of Twenty Years. Maximum Fine of $250,000. Maximum Supervised Release Term of Three Years. Mandatory Special Assessment of $100 Restitution.

---

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

FILED
AUG 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ KEVIN DAMAR McCONICO

DISTRICT COURT NUMBER

CR 08 0548 SI

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

3 08 7049 MEJ

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    THOMAS P. MAZZUCO

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year 07/30/2008

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT        Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:              Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO



FILED
AUG 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

E-filing

CR 08  0548 SI

KEVIN DAMAR MCCONICO

DEFENDANT(S).

---

## INDICTMENT

Title 18, United States Code, Sections 2113(a) - Bank Robbery (Three Counts)

INDICT

A true bill.

_____
Foreman

Filed in open court this __14__ day of _AUGST_
2008

_____
KAREN L. HOM
JOSEPH C. SPERO        Clerk
UNITED STATES MAGISTRATE JUDGE

Bail, $ _no p/r_

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
AUG 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08 0548 SI |
| Plaintiff, | VIOLATION: Title 18, United States Code, Sections 2113(a) – Bank Robbery (Three Counts) |
| v. | |
| KEVIN DAMAR McCONICO, | SAN FRANCISCO VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

COUNT ONE: 18 U.S.C. § 2113(a) - Bank Robbery

1. On or about July 21, 2008, in the Northern District of California, the defendant,

KEVIN DAMAR McCONICO,

did knowingly and by force, violence, and intimidation, take from the persons and presence of employees of the Bank of America, located at 4098 24th Street, San Francisco, California, approximately $1,174 in United States currency belonging to and in the care, custody, control, management, and possession of said Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section

INDICTMENT

1  | 2113(a).

2  | COUNT TWO:  18 U.S.C. § 2113(a) - Bank Robbery

3  | 2. On or about July 29, 2008, in the Northern District of California, the defendant,

4  | KEVIN DAMAR McCONICO,

5  | did knowingly and by force, violence, and intimidation, take from the persons and presence of

6  | employees of the Bank of America, located at 15 Ocean Avenue, San Francisco, California,

7  | approximately $680 [660] in United States currency belonging to and in the care, custody, control,

8  | management, and possession of said Bank, the deposits of which were then insured by the

9  | Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section

10 | 2113(a).

11 | COUNT THREE:  18 U.S.C. § 2113(a) - Bank Robbery

12 | 3. On or about July 29, 2008, in the Northern District of California, the defendant,

13 | KEVIN DAMAR McCONICO,

14 | did knowingly and by force, violence, and intimidation, attempt to take from the persons and

15 | presence of employees of the Wells Fargo Bank, located at 4045 24th Street, San Francisco,

16 | California, United States currency belonging to and in the care, custody, control, management,

17 | and possession of said Bank, the deposits of which were then insured by the Federal Deposit

18 | Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

19 |

20 | DATED:  8-14-08                                       A TRUE BILL

21 |

22 |                                                                           FOREPERSON

23 | JOSEPH P. RUSSONIELLO
   | United States Attorney
24 |
25 | KYLE F. WALDINGER
   | Deputy Chief, Major Crimes Section
26 |
27 |
   | (Approved as to form: _____)
28 |                          THOMAS P. MAZZUCCO
   |                          Assistant United States Attorney

INDICTMENT