**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 8/29/08

Case No.   CR-08-0548 SI          Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- KEVIN D. MCCONICO (C)(P)

Attorneys:   M. McCarthy          D. Blank

Deputy Clerk: Tracy Sutton  Court Reporter: J. Yeomans

**PROCEEDINGS**

1)  Trial Setting - HELD
2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN     (  ) SUBMITTED
                                           PART

Case continued to **10/10/08  @ 11:00 a.m.**   for Further Status

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:
**Delay begins:          Delay ends: 10/10/08**
(           AUSA to draft order       )

ORDERED AFTER HEARING:
Defendant needs additional time to review discovery.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )